IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

(1) LARRY WALLACE,

    Plaintiff,

v.

(2) COVINGTON TRUCKING CO., INC.,

    Defendant.

Case No. CIV-09-487-FHS

## FINAL JUDGMENT

It appearing that Plaintiff Larry Wallace received "Defendant's Offer of Judgment" on February 22, 2010; It further appearing that Defendant filed "Notice of Offer of Judgment with Acceptance" [Dkt. 21] in the amount of $15,001.00 inclusive of costs and statutory attorney fees on March 3, 2010; and the Court being otherwise sufficiently advised;

IT IS ORDERED, ADJUDGED AND DECREED that a Final Judgment be, and hereby is, ENTERED in behalf of Plaintiff Larry Wallace against Defendant Covington Trucking Co., Inc. in the amount of Fifteen Thousand One Dollars ($15,001.00) for all of which execution may issue.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Final Judgment extinguishes any and all claims, whether asserted or unasserted, which have been or could have been asserted, by Plaintiff Larry Wallace in the above-referenced action.

DATED this 5th day of March, 2010.

Frank H. Seay
United States District Judge
Eastern District of Oklahoma